UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. RASO<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY BROKERAGE SERVICES CO., LLC<br><br>Defendant. | Civil Action No.04-CV-10471 RCL |

## ANSWER TO COMPLAINT

For its answer to the Complaint of Michael J. Raso (the "Plaintiff"), Fidelity Brokerage Services Co., LLC (the "Defendant") states as follows:

Defendant answers the allegations set forth in the separately numbered paragraphs of the Complaint as follows

### "PARTIES"

1. Admitted.

2. Admitted.

### "JURISDICTION"

3. Admitted.

### "VENUE"

4. Admitted.

## "ALLEGATIONS"

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

Respectfully submitted,

FIDELITY BROKERAGE SERVICES CO., LLC,

By its attorneys,

*/s/ Wilfred J. Benoit, Jr.*

Wilfred J. Benoit, Jr., P.C. (BBO # 037900)
Christopher B. Kaczmarek (BBO #647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: March 23, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 3/23/04.

2

LIBB/1240907.1