UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. RASO )
)
    Plaintiff, )
)
vs. ) C.A. No. 04-CV-10471-RCL
)
FIDELITY BROKERAGE )
SERVICES CO., LLC, )
)
    Defendant. )

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff moves the Court, pursuant to Fed.R.Civ.P. 12(c) for Judgment on the Pleadings, on the grounds set forth below:

1. Plaintiff Michael J. Raso filed a Complaint seeking to confirm an NASD arbitration Award dated January 15, 2004. A copy of the Award is annexed to the Complaint as Exhibit A.

2. Defendant has filed an Answer admitting all of the allegations of Plaintiff's Complaint.

3. Since all of the allegations of the Complaint are admitted, Plaintiff is entitled to a Judgment confirming the Award.

WHEREFORE, Plaintiff requests a Judgment confirming the Award of the NASD in favor of Plaintiff, dated January 15, 2004.

*[signature]*
David Rapaport BBO#411920
Rapaport & Rapaport
One Beacon Street, Suite 3333
Boston, MA 02108
Tel: (617) 227-8989
Attorneys for Plaintiff

Dated: March 24, 2004

**CERTIFICATE OF SERVICE**

I certify that the foregoing document has been served on counsel of record by:
- ☒ mail
- ☐ hand delivery
- ☐ fax

Date 3-24-04   *[signature]*

2

RAPAPORT & RAPAPORT

ATTORNEYS AT LAW

ONE BEACON STREET • SUITE 3333

BOSTON, MASSACHUSETTS 02108

TELEPHONE (617) 227-8989 • FAX (617) 227-0097

e-mail: rapaport99@aol.com

March 24, 2004

Lisa Hourihan, Courtroom Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

    Re: Michael Raso
    Vs. Fidelity Brokerage Services Co., L.L.C.
    C.A. No. 04-10471-RCL

Dear Ms. Hourihan:

    I represent the Plaintiff, and am enclosing Plaintiff's Motion for Judgment on the Pleadings. Defendant has filed its Answer admitting all of the allegations of the Complaint. I do not anticipate any Opposition to the Motion, and would appreciate your bringing it to the Court's attention once the time for filing an Opposition has passed. My client needs the Judgment confirming the NASD arbitration Award in order to obtain certain relief ordered by the arbitrators. Thank you for your assistance, and please contact me if you have any questions.

                            Very truly yours,

                            David Rapaport

DR/ns
cc: Wilfred J. Benoit, Jr.
    Counsel for Defendant