# RAPAPORT & RAPAPORT

ATTORNEYS AT LAW

ONE BEACON STREET • SUITE 3333

BOSTON, MASSACHUSETTS 02108

TELEPHONE (617) 227-8989 • FAX (617) 227-0097

e-mail: rapaport99@aol.com

March 24, 2004

Lisa Hourihan, Courtroom Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

    *Re: Michael Raso*
    *Vs. Fidelity Brokerage Services Co., L.L.C.*
    *C.A. No. 04-10471-RCL*

Dear Ms. Hourihan:

    I represent the Plaintiff, and am enclosing Plaintiff's Motion for Judgment on the Pleadings. Defendant has filed its Answer admitting all of the allegations of the Complaint. I do not anticipate any Opposition to the Motion, and would appreciate your bringing it to the Court's attention once the time for filing an Opposition has passed. My client needs the Judgment confirming the NASD arbitration Award in order to obtain certain relief ordered by the arbitrators. Thank you for your assistance, and please contact me if you have any questions.

                              Very truly yours,

                              David Rapaport

DR/ns
cc: Wilfred J. Benoit, Jr.
    Counsel for Defendant