RAPAPORT & RAPAPORT
ATTORNEYS AT LAW
ONE BEACON STREET • SUITE 3333
BOSTON, MASSACHUSETTS 02108

TELEPHONE (617) 227-8989 • FAX (617) 227-0097
e-mail: rapaport99@aol.com




March 29, 2004

Lisa Hourihan, Courtroom Clerk
U.S. District Court
One Courthouse Way
Boston, MA 02210

*Re: Michael Raso*
*Vs. Fidelity Brokerage Services Co., L.L.C.*
*C.A. No. 04-10471-RCL*

Dear Ms. Hourihan:

I represent the Plaintiff. This is an action to confirm an NASD Arbitration Award.

Plaintiff's Motion for Judgment on the Pleadings is pending. Defendant has filed its Answer admitting all of the allegations of the Complaint and I therefore do not anticipate any Opposition to the Motion.

I just received notice of a Scheduling Conference on May 5, 2004. Since this case will not be litigated, I would respectfully request that the parties do not need a Scheduling Conference and that such a Conference would only increase the expense for the parties and take up the Court's valuable time. Please call me when you have a moment so that we can discuss these issues and whether there is any need for a Conference if the Court is going to allow the Motion for Judgment on the Pleadings. Thank you for your assistance.

Very truly yours,

David Rapaport

DR/ns
cc: Wilfred J. Benoit, Jr.
Counsel for Defendant