## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHAEL J. RASO          )
                            )
        Plaintiff,      )
                            )
vs.                     )    C.A. No. 04-CV-10471-RCL
                            )
FIDELITY BROKERAGE   )
SERVICES CO., LLC,     )
                            )
        Defendant.   )

### NOTICE OF CHANGE OF ADDRESS

TO:   CLERK OF THE ABOVE COURT

Please note my new address and telephone number, as set forth below.

David Rapaport, BBO# 411920
Davis, Malm & D'Agostine P.C.
One Boston Place
Boston, MA 02108
Telephone: 617 367-2500
Attorney for Plaintiff, Michael Raso

Dated: May 3, 2004

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 5-4-04.