UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MICHAEL J. RASO**
        Plaintiff(s)

v.                      CIVIL ACTION NO. **04-10471-RCL**

**FIDELITY BROKERAGE SERVICES CO., LLC.**
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

**G**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court.** In accordance with the Court's allowance of Plaintiff's Motion for Judgment on the Pleadings dated 5/14/04;

**IT IS ORDERED AND ADJUDGED**

Judgment for the Plaintiff, Michael J. Raso confirming the award of the NASD dated January 15, 2004.

TONY ANASTAS, CLERK

Dated: June 2, 2004                        /s/ Lisa M. Hourihan
                                                  ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                                       [jgm.]